IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE GRIFFIN,** | ) | |
| **PLAINTIFF,** | ) | |
| VS. | ) | 2:07-cv-01755-JHH |
| **FRANKLIN COLLECTION SERVICE, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | | |

## FINAL ORDER GRANTING SUMMARY JUDGMENT

In accordance with the memorandum of decision this day entered, there being no genuine issue of material facts, defendant's motion for summary judgment is **GRANTED**.  It is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in favor of defendant Franklin Collection Service, Inc. as to all of plaintiff's claims.  Costs are taxed against plaintiff.

**DONE** this the   1st   day of December, 2008.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE